IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CRIMINAL NO. 05-215 RHK/JSM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR JUDGMENT** |
| v. | ) | **DEBTOR EXAMINATION** |
| | ) | |
| RONALD GARY WOLFBAUER, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the Application of the United States, and it appearing therefrom that this is a proper case for the appearance of Ronald Gary Wolfbauer, judgment debtor, it is --

ORDERED: That Ronald Gary Wolfbauer appear in Courtroom 9E, of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, on August 12, 2013, at 9:00 a.m., before the Honorable Arthur J. Boylan, Chief United States Magistrate Judge, to answer questions concerning the judgment debtor's assets, income, expenditures, personal and real property, and credits.

IT IS FURTHER ORDERED: That the judgment debtor shall bring to the debtor examination a copy of a current pay stub, last Federal tax return, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A.

IT IS FURTHER ORDERED: That, in the alternative, the judgment debtor may appear before the Chief United States Magistrate Judge at the time and place directed

above with a fully completed, signed and dated Financial Statement Form attached hereto.

A copy of this ORDER shall be served upon the judgment debtor Ronald Gary Wolfbauer, ten (10) days before the date of this Examination.

**FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.**

Dated:  July 16, 2013              ___s/ Arthur J. Boylan_____
                                   ARTHUR J. BOYLAN
                                   CHIEF U.S. MAGISTRATE JUDGE